UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAUDETTE ODLE,

                              Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                              Defendant.
------------------------------------------------------------X

JUDGMENT
09-CV-1316 (BMC)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 17 2009 ★
BROOKLYN OFFICE

        An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 16, 2009, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings, including a new hearing; and ordering that upon remand, the Administrative Law Judge will evaluate the medical opinions of record in accordance with 20 C.F.R. § 404.1527(d); it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings; and that upon remand, the Administrative Law Judge will evaluate the medical opinions of record in accordance with 20 C.F.R. § 404.1527(d).

Dated: Brooklyn, New York
         November 16, 2009

S/RCH

ROBERT C. HEINEMANN
Clerk of Court